IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| OHIO FARMERS INSURANCE COMPANY ) <br> and GREAT AMERICAN INSURANCE ) <br> COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PULASKI COUNTY STOCKYARD, INC., et al., ) <br> ) <br> Defendants. ) | Civil Case No.: <br> 8:11-cv-00999-T-24 AEP |

## ORDER VALIDATING CLAIMS AND DIRECTING DISTRIBUTION OF REGISTRY FUNDS

THIS CAUSE having come before the Court on *Joint Stipulation Of All Defendants And Unopposed Motion For Distribution Of Registry Funds Comes Now Jointly* (Doc. 28) submitted by All Defendants to this action, the Court having reviewed the Motion and the submissions of counsel and per se Defendant and being otherwise fully advised of the premises thereof, the Court finds:

1.   On or about November 12, 1988 Plaintiff *Ohio Farmers Insurance Company* at the request of Murray Edwards, issued a Surety Bond pursuant to Packers and Stockyards Act of 1921, 7 U.S.C. §§ 181-229a, and governing regulations (hereinafter "Stockyard Act") on which Murray Edwards was Bond Principal ("OFIC Bond"). The Penal Sum of the OFIC Bond was $105,000 and was subsequently increased to $110,000 on or about October 11, 1990.

2.   On or about November 12, 2010 Plaintiff *Great American Insurance Company* at the request of Murray Edwards, issued a Surety Bond pursuant to the

1

Stockyards Act on which Murray Edwards was Bond Principal ("GMIC Bond"). The Penal Sum of the GMIC Bond is $110,000.00.

3. The OFIC Bond and the GMIC Bond were both in full force and effect in the total amount of $220,000.00 during the events giving rise to the claims of All Defendants against Murray Edwards for non-payment for certain livestock purchased during December 2010.

4. Pursuant to the Order of this Court date May 9, 2011, the amount totaling $220,000.00 in proceeds from the OFIC Bond and the GMIC Bond has been deposited with the Registry of this Court (hereinafter "Proceeds").

5. In accord with the Stockyards Act and governing regulations, Defendants, *Alvin C. Futch* (pro se); *Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Pulaski County Stockyard, Inc.; Bannister & Sons, Inc. d/b/a Moultrie Livestock Co.; South Central Livestock, Inc.; Justin Turner; Triple E Livestock Of Georgia, Inc. d/b/a Franklin County Livestock; Dixie Livestock Market, Inc.; and Thomas County Stockyards, Inc.* (collectively "All Defendants") each timely and properly filed claims for non-payment on livestock sales to Murray Edwards with the United States Department Of Agriculture Grain Inspection, Packers & Stockyards Administration ("GIPSA").

6. The claims for recovery filed with GIPAS and subsequently with this Court against the Proceeds of the OFIC Bond and the GMIC Bond by and on behalf of All Defendants are validated as to amount per stipulation in accord with the following:

2

| MURRAY EDWARDS BOND CLAIMANTS<br>All Claimants | Claim Amount |
|---|---|
| Puloski County Stockyard, Inc. | 27,314.03 |
| Bannister & Sons d/b/a Moultrie Livestock Co. | 7,734.13 |
| South Central Livestock, Inc. | 13,451.67 |
| Dixie Livestock, Inc. | 44,900.68 |
| Thomas County Stockyards, Inc. | 12,593.51 |
| Justin Turner | 20,644.04 |
| Triple E Livestock of Georgia, Inc. d/b/a Franklin Cty. Livestock | 22,277.55 |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stockyard | 58,538.73 |
| Hardee Livestock Market, Inc. | 16,306.87 |
| North Florida Livestock Market, Inc. | 19,915.81 |
| Okeechobee Livestock Market, Inc. | 248,073.99 |
| Alvin C. Futch | 5,003.70 |
| **TOTALS** | **496,754.71** |

Table 1

7. The total amount of claims exceeds the total held on deposit with this Court. Accordingly and considering payment in full previously received by Defendant North Florida Livestock Market, Inc. from unrelated sources—the Proceeds shall be distributed pro rata Gross Amount as follows per stipulation of All Defendants and subject to fees and costs of collection:

| MURRAY EDWARDS BONDS AND CLAIMANTS<br>Claimants | FINAL Total Claim Amount | FINAL Pro Rata Percent | Pro Rata Gross Distribution Of $220,000.00 |
|---|---|---|---|
| Puloski County Stockyard, Inc. | 27,314.03 | 5.728% | **$12,601.92** |
| Bannister & Sons d/b/a Moultrie Livestock Co. | 7,734.13 | 1.622% | **$3,568.31** |
| South Central Livestock, Inc. | 13,451.67 | 2.821% | **$6,206.22** |
| Dixie Livestock, Inc. | 44,900.68 | 9.416% | **$20,715.91** |
| Thomas County Stockyards, Inc. | 12,593.51 | 2.641% | **$5,810.29** |
| Justin Turner | 20,644.04 | 4.329% | **$9,524.58** |
| Triple E Livestock of Georgia, Inc. d/b/a Franklin Cty. L. | 22,277.55 | 4.672% | **$10,278.23** |
| Hilliard-McKettrick Investments, Inc. d/b/a Arcadia Stckyd. | 58,538.73 | 12.276% | **$27,008.12** |
| Hardee Livestock Market, Inc. | 16,306.87 | 3.420% | **$7,523.53** |
| North Florida Livestock Market, Inc. | 0.00 | 0.000% | **$0.00** |
| Okeechobee Livestock Market, Inc. | 248,073.99 | 52.025% | **$114,454.33** |
| Alvin C. Futch | 5,003.70 | 1.049% | **$2,308.57** |
| **TOTALS** | **476,838.90** | **100.000%** | **$220,000.00** |

Table 2

3

Accordingly, it is ORDERED and ADJUGED that the Clerk is directed to pay out the total amount of $220,000.00 in Proceeds deposited into the Court registry as follows:

(i) TWO THOUSAND THREE HUNDRED EIGHT AND 57/100 DOLLARS ($2,308.57) payable to **Alvin C. Futch**, 3002 North Charlie Taylor Road, Plant City, Florida 33565, and

(ii) TWO HUNDRED SEVENTEEN THOUSAND SIX HUNDRED NINETY-ONE AND 43/100 DOLLARS payable to the **W. Scott Newbern, P.L. IOTA Trust Account** f/b/o Market Defendants, *Hilliard–McKettrick Investments, Inc. d/b/a Arcadia Stockyard; Hardee Livestock Market, Inc.; North Florida Livestock Market, Inc.; Okeechobee Livestock Market, Inc.; Pulaski County Stockyard, Inc.; Bannister & Sons, Inc. d/b/a Moultrie Livestock Co.; South Central Livestock, Inc.; Justin Turner; Triple E Livestock Of Georgia, Inc. d/b/a Franklin County Livestock; Dixie Livestock Market, Inc.; and Thomas County Stockyards, Inc.* c/o W. Scott Newbern, PL, 2982 East Giverny, Tallahassee, FL 32309

| Payee(s) | Amount |
| --- | --- |
| Defendant *Alvin C. Futch* | $2,308.57 |
| W. Scott Newbern, P.L IOTA Trust Account f/b/o *Market Defendants* | $217,691.43 |
| Total | $220,000.00 |

DONE and ORDERED in Chambers in Tampa, Florida this 18th day of July 2011.

HON. SUSAN C. BUCKLEW
U.S. District Court Judge

Copies to: Counsel of Record
Any unrepresented party